___



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 16, 2024**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| IN RE:<br><br>SYLVIA D. COLLINS<br><br>Debtor. | CASE NO.  24-00511-JAW<br>CHAPTER 13 |

**AGREED ORDER RESOLVING**
**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (#24)**

THIS MATTER having come on for consideration of the Objection to Confirmation of Chapter 13 Plan (Dkt.#24) filed on behalf of TD Bank, N.A. ("TD Bank"), the record herein and the stipulations of counsel for Debtor and counsel for TD Bank, and the Court being further advised that the parties have reached an agreement on the secured claim treatment regarding the Debtor's 2018 Nissan Altima, VIN 1N4AL3AP4JC152796 ("Vehicle"), on which TD Bank holds a lien; and it is therefore

**ORDERED, ADJUDGED AND DECREED** that TD Bank's secured claim with respect to the Vehicle shall be allowed and paid in its full amount of $10,471.98, together with *Till* interest of 10.00%, through Debtor's Chapter 13 Plan.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, in accordance with 11 U.S.C. § 1325(a)(5)(B)(i), TD Bank shall not be required to release its lien on the

Vehicle until the earlier of payment of the underlying debt determined under nonbankruptcy law or discharge under 11 U.S.C. § 1328.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Agreed Order shall supersede and control the amount and interest to be paid on TD Bank's secured claim under the Debtor's Chapter 13 Plan to the extent any Amended Chapter 13 Plan filed by the Debtor in the future is inconsistent.

##END OF ORDER##

APPROVED FOR ENTRY:

/s/ Jacob Zweig
Jacob Zweig (MS Bar No. 104725)
Attorney for TD Bank
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120


/s/ Edwin Woods, Jr.
Edwin Woods, Jr.
Attorney for Debtor
Bond & Botes of Mississippi, P.C.
120 Southpointe, Suite A
Byram, MS 39272


/s/ Joshua C. Lawhorn
Joshua C. Lawhorn
Staff Attorney for Harold J. Barkley, Jr.
Chapter 13 Trustee
P.O. Box 4476
Jackson, MS 39296-4476